IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IDT CORPORATION, HOWARD, JONAS, and THE PATRICK HENRY TRUST, | § § § § | |
| Defendants Below, Appellants, | § § § | No. 388, 2018 |
| v. | § § § | Court Below: Court of Chancery of the State of Delaware |
| JDS1, LLC and THE ARBITRAGE FUND, | § § § | C.A. No. 2017-0486-SG |
| Plaintiffs Below, Appellees. | § § § § | |

Submitted: February 20, 2019
Decided: February 22, 2019

Before **STRINE**, Chief Justice; **VALIHURA**, **VAUGHN**, **SEITZ**, and **TRAYNOR**, Justices; constituting the Court *en Banc*.

## **O R D E R**

This 22nd day of February 2019, we affirm the judgment of the Court of Chancery on the basis of its opinion dated June 25, 2018.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice

---

[1] *In re Straight Path Commc'ns Inc. Consol. Stockholder Litig.*, 2018 WL 3120804 (Del. Ch. June 25, 2018).